[No. 23721-4-III.   Division Three.   December 14, 2006.]

WESTWAY CONSTRUCTION, INC., ET AL., *Appellants*, v. BENTON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-2-01233-8, Cameron Mitchell, J., entered December 9, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ. Now published at 136 Wn. App. 859.

[Nos. 23760-5-III; 23761-3-III;   Division Three.   December 14, 2006.]
  24113-1-III.

ARLENE H. LUMPER ET AL., *Appellants*, v. THE BOEING CORPORATION, *Respondent*.

ROBIN K. NOLAN, *Appellant*, v. THE BOEING CORPORATION, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-2-01971-1, 01-2-02013-1, and 01-2-05241-6, Jerome J. Leveque, J., entered January 4 and April 15, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

[No. 24238-2-III.   Division Three.   December 14, 2006.]

*In the Matter of the Marriage of* MICHAEL D. KINKLEY, *Respondent*, and LORELEI K. KINKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-00659-5, Tari S. Eitzen, J., entered May 17, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24576-4-III.   Division Three.   December 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY REX LYON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-01724-1, Ruth Reukauf, J., entered October 4, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.